# Goodwater Manufacturing Co. *v.* Crew & Son.

APPEAL from Coosa Circuit Court.
Tried before the Hon. N. D. DENSON.

D. H. RIDDLE, for appellant.

No counsel marked as appearing for appellee.

This was an action of detinue, brought by the appellee against the appellant to recover the possession of certain specifically described personal property, together with damages for the detention thereof.

There were verdict and judgment for the plaintiff, from which the defendant appeals. The judgment is affirmed.

Opinion by SHARPE, J.

---

# Henderson *v.* The State.

APPEAL from Henry Circuit Court.
Tried before the Hon. JOHN P. HUBBARD.

P. A. McDANIEL, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for an assault with intent to murder, and sentenced to the penitentiary for three years.

The cause was submitted on motion to strike the bill of exceptions and upon the merits. The motion to strike the bill of exceptions was granted, and the judgment of conviction affirmed.

Opinion PER CURIAM.